**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-2149

ABDULMALIK MUHAMMAD EL,

Plaintiff - Appellant,

v.

VIRGINIA DEPARTMENT OF SOCIAL SERVICES; GEORGIA DEPARTMENT OF SOCIAL SERVICES; PRINCE WILLIAM COUNTY JUVENILE & DR DISTRICT COURT; FAIRFAX COUNTY JUVENILE & DR DISTRICT COURT; NATIONAL RAILROAD PASSENGER CORPORATION,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:24-cv-01814-LMB-WEF)

Submitted:  May 15, 2025                    Decided:  May 19, 2025

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Abdulmalik Muhammad El, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdulmalik Muhammad El appeals the district court's order dismissing his complaint without prejudice for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Muhammad El v. Va. Dep't of Soc. Servs.*, No. 1:24-cv-01814-LMB-WEF (E.D. Va. Oct. 18, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
